# United States Court of Appeals
## for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
June 09, 2023
Nathan Ochsner, Clerk of Court

No. 23-20178

A True Copy
Certified order issued Jun 09, 2023

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

SELVA KUMAR,

*Plaintiff—Appellant,*

*versus*

PANERA BREAD COMPANY,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-3779

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of June 9, 2023, for want of prosecution. The Appellant failed to timely file the Appellant's brief.

No. 23-20178

Lyle W. Cayce
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT

## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 09, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 23-20178    Kumar v. Panera Bread
                            USDC No. 4:21-CV-3779

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Dantrell L. Johnson, Deputy Clerk
                            504-310-7689

cc w/encl:
     Ms. Cassie J. Dallas
     Mr. Selva Kumar
     Mr. David A. McFarland
     Mr. Ryan Owen